# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**DAVID BALL**, individually and on behalf of similarly situated persons,

    Plaintiff,

  v.

**NEW RIVER VALLEY PIZZA, LLC d/b/a "Domino's Pizza"**,

    Defendant.

Case No. 7:19-cv-362

## ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT AND MOTION FOR ATTORNEY'S FEES AND COSTS

On October 28, 2020, the parties appeared, by counsel, for a fairness hearing in this matter and on the parties' Joint Motion for Final Approval of Settlement Agreement ("Motion for Final Approval") (Dkt. No. 18) and the unopposed Motion for Attorney's Fees and Costs (Dkt. No. 19) filed by plaintiffs. Having carefully considered the motions and finding that the Settlement Agreement is fair, reasonable, and adequate, suffers from no obvious defects, was reached after arm's length negotiations between parties with the assistance of a skilled mediator, and constitutes a reasonable compromise of a bona fide dispute of the claims and defenses in this matter, the court GRANTS the motions and ORDERS:

1. The following class is hereby certified pursuant to Section 216(b) of the FLSA for settlement purposes:

> All delivery drivers who worked for Defendant in Virginia and West Virginia during the period of May 14, 2016, to July 20, 2020;

2. The following class is hereby certified pursuant to Federal Rule of Civil Procedure 23 for settlement purposes:

> All delivery drivers who worked for Defendant in Virginia and West Virginia during the period of May 14, 2016, to July 20, 2020;

3. The Parties' Settlement Agreement is approved;

4. The Court approves of the proposed distribution of the Net Settlement Fund to Plaintiff, the Opt-In Plaintiffs, and the Class Members;

5. All Participating Class Members are bound by the Release set forth in the Section 53 of the parties' Settlement Agreement;

6. The Court approves the proposed Participation Awards to Plaintiff David Ball and Opt-In Plaintiffs Bobbitt, Davison, and Handy in the amount set forth in the Joint Motion for Final Approval;

7. The Court approves the payment of the actual costs of the Settlement Claims Administrator in the amount set forth in the Joint Motion for Final Approval;

8. The Court approves the payment of attorneys' fees to Class Counsel and reimbursement of Collective Counsel's actual costs and litigation expenses in the amounts set forth in the Joint Motion for Final Approval and Motion for Attorney's Fees and Costs; and

9. The Court will enter a judgment order dismissing this case with prejudice, in accordance with the terms of the Agreement, but will retain jurisdiction over the consummation, performance, administration, effectuation and enforcement of the Settlement Agreement.

The Court directs the Clerk to provide copies of this Order to counsel of record.

Entered: November 17, 2020.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge