# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **DAVID BALL**, individually and on behalf of similarly situated persons,<br><br>    Plaintiff,<br><br>    v.<br><br>**NEW RIVER VALLEY PIZZA, LLC d/b/a "Domino's Pizza"**,<br><br>    Defendant. | **Case No. 7:19-cv-362** |

## FINAL JUDGMENT ORDER

In accordance with the Order entered on November 17, 2020, it is hereby ORDERED that distribution of the Net Settlement Fund, as defined in the Settlement Agreement, to the plaintiff, opt-in plaintiffs, and remaining class members is APPROVED. Plaintiff, opt-in plaintiffs, and remaining class members will receive allocation from the $173,000.00 Net Settlement Fund based primarily on the total delivery miles driven by each Settlement Class Member and the notice period claims rate;

It is FURTHER ORDERED that any amounts of the Net Settlement Fund representing the funds attributable to stale checks (those unclaimed 180 days after the initial mailing) will be held in a Qualified Settlement Funds (QSF) account and added to the $30,000 Contingent Fund portion of the Net Settlement Fund, to be available for late claims or to reissue stale checks during the Contingent Fund Period, with unclaimed amounts after the Contingent Fund Period to be retained by defendant;

It is FURTHER ORDERED that the payment of actual costs not to exceed $15,000.00 to the Settlement Claims Administrator, CAC Services Group, LLC, is APPROVED;

It is FURTHER ORDERED that a participation award payment in the amount of $4,000.00 to plaintiff David Ball is APPROVED;

It is FURTHER ORDERED that participation award payments in the amount of $2,000.00 each to opt-in plaintiffs Scott Handy, Billy Davison, and Patricia Bobbitt are APPROVED;

It is FURTHER ORDERED that payment of attorneys' fees to Class Counsel[1] in the amount of $175,000.00, which is equivalent to one-third of the Total Settlement Amount, and reimbursement of Class Counsel's actual costs and litigation expenses to date, which are not to exceed $10,000.00, are APPROVED;

It is FURTHER ORDERED that this matter is DISMISSED WITH PREJUDICE in accordance with the terms of the Settlement Agreement. Without affecting the finality of this Order, this court retains jurisdiction over the consummation, performance, administration, effectuation and enforcement of the Settlement Agreement.

The Clerk is directed to STRIKE this case from the active docket of the court and to provide copies of this Order to counsel of record.

Entered: November 17, 2020.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge

---

[1] The term "Class Counsel" refers to the attorneys who represent plaintiff and the Class Members.